```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 14 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Magda Leger, *on behalf of Jordan Lopez, an Infant,*

        Plaintiff,

-against-

Michael J. Astrue, *as Commissioner of Social Security,*

        Defendant.
------------------------------------------------------------X

08 Civ. 4432 (PAC) (KNF)
**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

____ General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific Non-Dispositive Motion/Dispute:*
_____

____ Habeas Corpus

____ Settlement:

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

**X** Social Security

____ Dispositive Motion (i.e. motion requiring a Report and Recommendation)

================================================================================

* Do not check if already referred for general pretrial

Dated:  New York, New York
       May 14, 2008

SO ORDERED

*/s/ Paul A. Crotty*
PAUL A. CROTTY
United States District Judge

1