MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-2712
Fax. (212) 637-2750





UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
MAGDA LEGER o/b/o                :
JORDAN LOPEZ,                    :
                                 :
              Plaintiff,         :
                                 :
         - v. -                  :
                                 :    STIPULATION AND ORDER
MICHAEL J. ASTRUE,               :    08 Civ. 4432 (PAC)(KNF)
Commissioner of                  :
Social Security,                 :
                                 :
              Defendant.         :
                                 :
- - - - - - - - - - - - - - - - x

      IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from September 15, 2008 to and including October 15, 2008.  The reason for the request is

because the defendant's counsel has not yet been able to complete his review of the administrative record. One previous extension has been granted in this case.

Dated: New York, New York
       August 15 , 2008

                       PARTNERSHIP FOR CHILDREN'S RIGHTS
                       Attorneys for Plaintiff

By: /s/ Michael D. Hampden
    MICHAEL D. HAMPDEN, ESQ.
    271 Madison Avenue
     17th Floor
    New York, New York 10016
    Telephone No.: (212) 683-7999

MICHAEL J. GARCIA
United States Attorney
Southern District of New York
Attorney for Defendant

By: /s/ John E. Gura, Jr.
    JOHN E. GURA, JR.
    Assistant United States Attorney
    86 Chambers Street - 3rd Floor
    New York, New York 10007
    Telephone No.: (212) 637-2712
    John.Gura@usdoj.gov

SO ORDERED: 9/2/08

_Kevin Nathaniel Fox_
UNITED STATES MAGISTRATE JUDGE